Case 1:19-cv-10148-AJN-RWL Document 20 Filed 12/12/19 Page 1 of 1


# GreenbergTraurig

Caroline J. Heller
hellerc@gtlaw.com
(212) 801-2165

December 12, 2019

SO ORDERED:

/s/ 12/12/19

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-19

**VIA ECF**

Honorable Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *A.F. et al. v. N.Y.C. Dep't of Educ., et al.*, 19-cv-10148 (AJN) (RWL)

Dear Judge Lehrburger:

We are pro bono co-counsel with Advocates for Children of New York, Inc. ("AFC") for Plaintiff in the above-captioned action. On December 11, 2019, the Court issued a scheduling order, scheduling an Initial Pretrial Conference for January 9, 2020. We write to request an adjournment of the January 9, 2020 Initial Pretrial Conference because I have a deposition scheduled for that day. We have conferred with counsel for Defendants, and both parties are available on the following dates and times: January 10, 13, 28 from 9:30 a.m.- 12:00 p.m., or; January 14, 15, 17 at any time.

Thank you for your consideration.

Respectfully submitted,
GREENBERG TRAURIG, LLP

By:   /s/ Caroline J. Heller
      Caroline J. Heller
      200 Park Ave.
      New York, New York 10166
      Tel: (212) 801-9200
      hellerc@gtlaw.com
      *Attorneys for Plaintiffs*

cc:   Priscilla Denterlein, Esq.   (via ECF)
      Rebecca Shore, Esq.          (via ECF)

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
MetLife Building ■ 200 Park Avenue ■ New York, NY 10166 ■ Tel 212.801.9200 ■ Fax 212.801.6400