UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAN 1 6 2020

A.F.,

    Plaintiff,

—v—

New York City Department of Education, *et al.*,

    Defendants.

19-cv-10148 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On November 21, 2019, the Undersigned scheduled an Initial Pretrial Conference in this matter on April 10, 2020. Dkt. No. 9. Because this case has been referred to Magistrate Judge Lehrburger for purposes of general pretrial management, the April 10, 2020 conference is hereby canceled.

    SO ORDERED.

Dated: January 15, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge