USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
A.F., et al.

                      Plaintiffs,

      - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.

                      Defendants.
------------------------------------------------------------X

19 Civ. 10148 (AJN) (RWL)

**SETTLEMENT
CONFERENCE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A telephone conference will be held on **April 17, 2020 at 10 a.m.** in advance of the Settlement Conference. The Settlement Conference will be held telephonically on **May 4, 2020 at 1:30 p.m.** For both conferences, the parties are directed to call the Chambers conference line:

    **Number:** (888) 398-2342

    **Access Code:** 9543348

The parties are instructed to review Judge Lehrburger's Individual Practices and Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than April 27, 2020 at 5 p.m.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 18, 2020
       New York, New York

Copies transmitted this date to all parties of record.