```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
A.F., et al.

                              Plaintiffs,

        - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.

                              Defendants.
------------------------------------------------------------X

19 Civ. 10148 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of Defendants' request for an adjournment of pending dates due to substantial personnel changes. (Dkt. 33.)  The two dates at issue are April 17, 2020, the date of a pre-settlement conference call, and May 4, 2020, the date of the actual settlement conference.  According to Defendants' letter, Plaintiff consents to adjournment of the first date to May 15, 2020, but objects to adjournment of the second date to June 5, 2020.  Agreeing to the former but not the latter is not possible.  The pre-settlement conference call necessarily must precede the settlement conference.   Accordingly, the Court will grant an adjournment of both dates.  The conference call scheduled for April 17, 2020 is adjourned, and the parties are directed to cooperate with the undersigned's Deputy Clerk to schedule new dates, with the pre-settlement conference call to take place in or around the week of May 11, 2020, and the settlement conference to take place in or around the week of June 1, 2020.  The Court emphasizes that the subject matter of this litigation is the education and development of a child with special needs.  Notwithstanding the current pandemic conditions, Defendants should bear this in mind for purposes of

1

prioritizing matters and pursuing a quick compromise, particularly given the amount of time that has already passed.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 16, 2020
       New York, New York

Copies transmitted this date to all parties of record.